NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED THERAPEUTICS CORPORATION,**
*Plaintiff-Appellant*

**v.**

**LIQUIDIA TECHNOLOGIES, INC.,**
*Defendant-Appellee*

---

2024-1658

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-00755-RGA, Judge Richard G. Andrews.

---

**ON MOTION**

---

Before PROST, HUGHES, and CUNNINGHAM, *Circuit Judges.*

PER CURIAM.

### O R D E R

United Therapeutics Corporation moves to dismiss the above-captioned appeal pursuant to Fed. R. App. P. 42(b) with each side to bear its own costs.

Upon consideration thereof,

2                              UNITED THERAPEUTICS CORPORATION v.
                                      LIQUIDIA TECHNOLOGIES, INC.

IT IS ORDERED THAT:

The motion is granted.


                                                    FOR THE COURT



October 10, 2024                            Jarrett B. Perlow
      Date                                   Clerk of Court


**ISSUED AS A MANDATE**: October 10, 2024